UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,

  v.                                       Case No. 25-CR-08

SHAWN M. SENTER, a.k.a. "SHAGGY,"
JASON A. WNUK,
KEVIN M. EISENHAUER,
SKYLAR V. TRUMBO, AND
JOHN W. PERRY

          Defendants.

---

## ORDER TO UNSEAL INDICTMENT AS TO DEFENDANTS SHAWN M. SENTER, a.k.a. "SHAGGY," JASON A. WNUK, KEVIN M. EISENHAUER, SKYLAR V. TRUMBO, AND JOHN W. PERRY

---

      Pursuant to the motion of the United States to unseal the indictment in this matter as to Defendants Shawn M. Senter, a.k.a. "Shaggy," Jason A. Wnuk, Kevin M. Eisenhauer, Skylar V. Trumbo, and John W. Perry, the Court hereby orders the indictment unsealed only as to Defendants Shawn M. Senter, a.k.a. "Shaggy," Jason A. Wnuk, Kevin M. Eisenhauer, Skylar V. Trumbo, and John W. Perry. The indictment shall remain sealed as to the other defendants.

      **SO ORDERED** this 23rd day of January, 2025, at Milwaukee, Wisconsin.

                                              */s/ Stephen C. Dries*
                                    HONORABLE STEPHEN C. DRIES
                                    United States Magistrate Judge