UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

Vs.                                      Case No.: 25-CR-08

JOHN PERRY,

    Defendant.

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that the undersigned, John Schiro, hereby appears on behalf of John Perry, to represent him in the above-captioned matter.

Dated this 23rd day of January, 2025.

                                            *s/ JOHN S. SCHIRO*
                                            State Bar No. 1009184
                                            Attorney for Defendant

SCHIRO CRIMINAL DEFENSE
161 S. 1st Street
Suite 200
Milwaukee, WI 53204
P: 414-277-9696
john@jschiro.com