UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 25-CR-8

JOHN W. PERRY,

        Defendant.

---

## PARTIES' MOTION FOR SPEEDY TRIAL FINDING

---

        The United States of America, by and through its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Katherine M. Halopka-Ivery, Assistant United States Attorney, for said district, and defendant, John W. Perry, by attorney Jeffrey W. Jensen Jr. on behalf of John S Schiro, provide the Court with a status of this matter and respectfully move this Court for a finding excluding time from the computation of the speedy trial period in this case, Speedy Trial finding pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B).

        On January 22, 2025, the defendant and eight co-defendants were indicted by a grand jury in the Eastern District of Wisconsin and charging them multiple counts related to drug trafficking offenses, and firearm arm offenses. ECF No. 1. On February 20, 2025, the matter was designated complex by Magistrate Judge Nancy Joseph. ECF No. 20. Between February 20, 2025 and May 19, 2025, all the defendants made their initial appearances on the indictment. ECF Nos. 20, 31, and 72. Magistrate Judge Stephen C. Dries issued a scheduling order as to pretrial motions, which was later extended to October 17, 2025. See ECF Nos. 65, 73, 79, and 84. As none of the

defendants did not file any pretrial motions, the case was no longer referred to Magistrate Judge Dries on October 21, 2025. On October 22, 2025, December 5, 2025, and January 2, 2026 the parties filed joint motions and statuses informing the Court that the parties anticipated the above matter would resolve short of trial. See ECF Nos. 87, 102, and 123. Defendants Xing Li, Kaiyu and Huang have all filed plea agreements with the Court and are scheduled for plea hearing before Magistrate Judge Dries on February 27, 2026. See ECF Nos. 99 and 117. Defendants Shawn Senter, Kevin Eisenhauer, Shelton Thornton, Skylar Trumbo, and Adham Blandin have pleaded guilty and are currently scheduled for sentencing before the Court. See ECF Nos. 108, 111, 128, 131 and 136.

Perry was initially represented by Attorney John Schiro in this matter; however, due to health issues, Attorney Jeffrey W. Jensen Jr. took over representation in this matter. Attorney Jensen has been able to review the majority of the discovery in this matter and has had several discussions with Perry. Attorney Jensen continues to believe this matter will resolve without a trial; however, Attorney Jensen request an additional 45 days to finish review of the discovery with Perry, finalize plea negotiations, and to execute a plea agreement.

The parties continue to believe all these matters will resolve short of trial. The parties respectfully request an extension to file plea agreements, March 30, 2026. This short extension will allow Attorney Jensen to complete the review of the discovery with Perry in this complex large-scale drug trafficking matter, finalize plea negotiations, and to execute plea agreements and potentially avoiding costly and time-consuming litigation. The mutual pursuit of a potential resolution to this case by the parties outweighs the interest of the public and the defendants in a speedy trial. *See United States v. Robey*, 831 F.3d 857, 863 (7th Cir. 2016). In the alternative, given discussions with witnesses, the parties' calendars, and the re-evaluated-anticipated return of

2

Case 2:25-cr-00008-JPS    Filed 02/13/26    Page 2 of 3    Document 139

Attorney Schiro from medical leave, the parties respectfully request any jury trial be scheduled either the week of June 8, 2026 or June 15, 2026.

Regardless, the parties jointly request that the Court make a finding excluding the intervening time between now and March 30, 2026, or the scheduled jury trial from the speedy trial calculation in this matter pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

The undersigned Assistant United States Attorney is filing this joint status report on behalf of and with approval of the defendant's attorney, Jeffrey W. Jensen Jr., on behalf of John S. Schiro.

Respectfully submitted this 13th day of February, 2026.

        BRAD D. SCHIMEL
        United States Attorney

By:    */s/ Katherine M. Halopka-Ivery*
        Katherine M. Halopka-Ivery
        Assistant United States Attorney
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-4106