# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN W. PERRY,

Defendant.

Case No. 25-CR-8-JPS-8

**ORDER**

On January 22, 2025, the Government filed a fourteen-count Indictment charging Defendant with violating 18 U.S.C. §§ 2(a), and 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C), 841(b)(1)(E) and 846. ECF No. 1. On March 30, 2026, the parties filed a plea agreement indicating that Defendant has agreed to plead guilty to Count One of the Indictment. ECF No. 166.

Therefore, the Court will order that a plea colloquy be held in accordance with Federal Rule of Criminal Procedure 11(b) before the assigned magistrate judge, Stephen C. Dries. Magistrate Judge Dries will thereafter issue a report and recommendation to this Court addressing the advisability of accepting Defendant's proposed guilty plea. GEN. L.R. 72(a); FED. R. CRIM. P. 59(b)(1); 28 U.S.C. § 636(a)(1), (b)(1)(B); *United States v. Harden*, 758 F.3d 886, 891 (7th Cir. 2014). Magistrate Judge Dries will schedule the plea colloquy hearing by separate notice.

Accordingly,

**IT IS ORDERED** that a Federal Rule of Criminal Procedure 11(b) plea colloquy be held before Magistrate Judge Stephen C. Dries, who will thereafter issue a report and recommendation to this Court on the advisability of accepting Defendant's proposed guilty plea.

Dated at Milwaukee, Wisconsin, this 31st day of March, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge