| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN W. PERRY,<br><br>Defendant. | Case No. 25-CR-8-8-JPS<br><br><br>**ORDER** |

On January 22, 2025, the Government filed a fourteen-count Indictment, charging Defendant in Count One of that Indictment with violating 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C), 841(b)(1)(E) and 18 U.S.C. § 2(a). ECF No. 1. On March 30, 2026, the parties filed a plea agreement in which Defendant agreed to plead guilty to Count One of the Indictment. ECF No. 166.

On April 17, 2026, the parties appeared before Magistrate Judge Stephen C. Dries to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 178. Defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.*; ECF No. 177.

On April 17, 2026, Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 178. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries' recommendation and will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries' Report and Recommendation, ECF No. 178, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 27th day of May, 2026.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge